**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 11-3007-01-CR-S-RED |
| ) | |
| **ANDREW BYRON MORGAN,** ) | |
| ) | |
| **Defendant.** ) | |

**TO COUNSEL
NOTICE OF HEARING**

To: Government's counsel:   Michael Scott Oliver, <u>AUSA</u>

      Defendant's counsel:   Teresa L. Grantham, <u>Retained</u>

You are hereby notified of the following hearing:

Date and time of hearing:   Thursday, March 15, 2012, at 9:00 a.m.
Place of hearing:   Courtroom 1, 3rd Floor, Springfield, MO
Purpose of hearing:   Sentencing

                                                 <u>/s/ Richard E. Dorr</u>
                                                 RICHARD E. DORR, JUDGE
                                                 UNITED STATES DISTRICT COURT

DATED:   March 7, 2012